

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, | |
| Plaintiff, | 3:10-cv-00197-RCJ-VPC |
| vs. | |
| JENNIFER NASH, *et al.*, | **ORDER** |
| Defendants. | |

This is a *pro se* prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed September 28, 2010, the Court granted plaintiff's application to proceed *in forma pauperis,* dismissed the complaint, and granted plaintiff leave to file an amended complaint. (Docket #6). The amended complaint is due November 15, 2010.

On October 7, 2010, plaintiff filed a "Motion for Extension of Photocopy-Work (Legal Work)." (Docket #8). In that motion, plaintiff asked this Court for an order directing the Nevada Department of Corrections to allow him to receive an "extension of legal photocopy work in the amount of $100.00" to litigate the instant action. (*Id.*). The Court denied plaintiff's motion, on the ground that plaintiff does not need to make photocopies to comply with the September 28, 2010 order to pay the initial partial filing fee and to file an amended complaint. (Docket #9).

On October 22, 2010, plaintiff filed another "Motion for Extension of Photocopy Work." (Docket #10). Plaintiff explains that he has a longer than normal amended complaint and that he "has to get 13 copies made to serve the 13 defendants." (Docket #10, at p. 2). Plaintiff is informed that he does not need to make 13 copies of his amended complaint, because he does not need to serve defendants with the amended complaint. Instead, plaintiff must send one copy of his amended complaint to this Court. Upon receipt of the amended complaint, this Court will review it and enter an order, setting forth which claims and defendants are allowed to proceed. If plaintiff presents viable claims against defendants, the Court will direct the Clerk of Court to serve defendants' counsel with the amended complaint and direct defendants to respond to the amended complaint. As such, plaintiff does not require an order from this Court directing the Nevada Department of Corrections to extend his copywork. Plaintiff's motion is denied. Plaintiff simply needs to file one copy of his amended complaint with the Court, no later than November 15, 2010.

**IT IS THEREFORE ORDERED** that plaintiff's "Motion for Extension of Photocopy Work" (Docket #10) is **DENIED.**

**IT IS FURTHER ORDERED** that this Court's order, filed September 28, 2010, (Docket #6), **REMAINS IN EFFECT**, in its entirety.

**IT IS FURTHER ORDERED** that plaintiff **SHALL FILE one (1) copy** of his amended complaint on or before **November 15, 2010.** Failure to comply with any order of this Court may result in dismissal of this action.

Dated this 29th day of October, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

2