UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | 3:10-CV-0197-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 3, 2011 |
| JENNIFER NASH, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for issuance of summons (#30) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall issue a summons for **Channing Jones** and send the same to the U.S. Marshal with the address provided under seal (#27). The Clerk shall send to plaintiff a USM-285 form, a copy of the amended complaint (#13), and a copy of this order for the defendant. Plaintiff shall have until **Friday, March 25, 2011** to complete the USM-285 service form and return it along with the other documents to the U.S. Marshal for service.

**IT IS FURTHER ORDERED** that because the notice of non-acceptance of service was filed on February 10, 2011, plaintiff shall have 120 days from that date or **June 10, 2011**, to complete service under Fed.R.Civ.P. Rule 4(m). No further extensions of time will be granted.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
         Deputy Clerk