UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

LAUSTEVION JOHNSON,

    Plaintiff,

vs.

JENNIFER NASH, *et al.*,

    Defendants.
_____/

3:10-CV-0197-RCJ (VPC)

**MINUTES OF THE COURT**

Date: April 8, 2011

PRESENT:
THE HONORABLE __VALERIE P. COOKE__, UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK: __LISA MANN__    REPORTER: __NONE APPEARING__

COUNSEL FOR PLAINTIFF: __NONE APPEARING__

COUNSEL FOR DEFENDANTS: __NONE APPEARING__

MINUTE ORDER IN CHAMBERS: __XXX__

    The court has reviewed the defendants' motion to vacate early mediation conference and the plaintiff's letter requesting a continuance of the early mediation conference (#s 33 & 34). The court has determined that this case will not be included in the inmate early mediation program at this time. The early mediation conference set for Tuesday, April 19, 2011 at 9:00 a.m. is **VACATED**. The defendants shall have to and including **Monday, May 9, 2011** to file either a status report concerning settlement or an answer or other response to the complaint.

    At the conclusion of discovery in this matter, the parties shall file a notice requesting a status conference concerning scheduling a settlement conference before dispositive motions are filed.

    **IT IS SO ORDERED.**

                                          LANCE S. WILSON, CLERK

                            By: __/s/_____
                                     Deputy Clerk